## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO


JOHN R. McCAULEY,

      Plaintiff,

                                              No. 1:11-CV-0003 GBW/CG

vs.

BOARD OF COMMISSIONERS FOR
BERNALILLO COUNTY,

      Defendant.

## FINAL ORDER

Pursuant to the order entered concurrently herewith, the Court enters this Final

Order under Fed. R. Civ. P. 58, dismissing the Complaint with prejudice.


_____

GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by consent**